UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

AMAZON.COM, INC., a Delaware corporation; AMAZON.COM SERVICES LLC, a Delaware limited liability company; THE BLACK & DECKER CORPORATION, a Maryland corporation; and BLACK & DECKER (U.S.) INC., a Maryland corporation,

Plaintiffs,

v.

HSIN TING YEH, an individual; ANTHONY CHEN, an individual; and DOES 1-10,

Defendants,

and

BANK OF AMERICA, N.A., a financial institution,

Garnishee.

No. 2:25-mc-00032-JHC

**JUDGMENT ON ANSWER TO WRIT OF GARNISHMENT AND ORDER TO PAY**

**GARNISHMENT JUDGMENT SUMMARY**

| | |
|---|---|
| Judgment Creditors ("Creditors"): | Amazon.com Services LLC, et al. |
| Garnishment Judgment Debtor ("Garnishee"): | Bank of America, N.A. |
| Garnishment Judgment Amount: | $1,504.78 |
| Costs Judgment Debtor ("Defendant"): | Hsin Ting Yeh |
| Costs Judgment Amount: | $0 |
| Judgments to bear interest at: | 3.92% per annum |
| Attorney for Judgment Creditors: | Scott Commerson<br>Davis Wright Tremaine LLP |

IT APPEARING THAT Garnishee was indebted to Defendant in the nonexempt amount of $1,505.78; that at the time the Writ of Garnishment was issued, Defendant maintained a financial institution account with Garnishee, or Garnishee had in its possession, custody, or control funds, personal property, or effects of Defendant; now, therefore, it is hereby,

ORDERED that Creditors are awarded judgment against Garnishee in the amount of $1,504.78, and that Garnishee shall pay its judgment amount to Creditors' attorney, and if any payment is received by the Clerk of the Court, the Clerk shall forthwith disburse such payment to Creditors' attorney. Garnishee is advised that failure to pay the judgment amount may result in execution of the judgment, including garnishment.

The filer of the application at Dkt. # 12 did not designate the document as a motion; hence the delay in this issuance of this judgment.

DATED: October 6, 2026.

John H. Chun

JOHN H. CHUN
UNITED STATES DISTRICT JUDGE